In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00550-CR
_____

**JOE FRANK HORACE SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 95770**

**MEMORANDUM OPINION**

On December 2, 2014, Joe Frank Horace Sr.'s notice of appeal was filed in the trial court following the trial court's October 10, 2014 order denying Horace's post-conviction motion requesting DNA testing associated with his 2008 burglary conviction. We notified the parties that the notice of appeal did not appear to have been timely filed. Horace filed a response but failed to establish that he filed a notice of appeal within the time permitted for perfecting his appeal. *See* Tex. R.

1

App. P. 26.2(a), 26.3. We lack jurisdiction to consider the merits of the appeal. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). Accordingly, we dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on January 20, 2015
Opinion Delivered January 21, 2015
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.

2